**STATE v. ERICKSON**

[361 N.C. 685 (2007)]

STATE OF NORTH CAROLINA v. SCOTT ROBERT ERICKSON

No. 95PA07

(Filed 9 November 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 181 N.C. App. ——, 640 S.E.2d 761 (2007), finding no error in judgments entered 23 September 2004 by Judge William Z. Wood, Jr. in Superior Court, Wilkes County. Heard in the Supreme Court 15 October 2007.

*Roy Cooper, Attorney General, by Neil Dalton, Special Deputy Attorney General, for the state.*

*Thomas K. Maher for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.